UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BILL RIGSBY,

    Plaintiff,

v.

SHAWNEETOWN HARBOR
SERVICE, INC.,

    Defendant.                            No. 14-cv-676-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 6, 2015 (Doc. 92), this case is **DISMISSED** with prejudice.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:    /s/*Caitlin Fischer*
                                          **Deputy Clerk**

Dated: June 14, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.14
17:34:21 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE